# NEW YORK TAXI WORKERS ALLIANCE

AFL-CIO; Intl. Transport Workers' Federation

31-10 37TH AVE.
SUITE 300
LONG ISLAND CITY, NY 11101
TELEPHONE: (718) 706-9892

January 12, 2022

By CM-ECF
Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Islam et al. v. Hochul et al.*, 20-CV-2328(LDH)(CLP)

Dear Judge Pollak:

Plaintiffs submit this letter to request an adjournment of the settlement conference currently scheduled for Tuesday, February 8, 2022 at 11:15 a.m., due to an unforeseen conflict. Plaintiffs' counsel must attend a public hearing of the New York City Taxi and Limousine Commission which was scheduled last week to take place at the same time as the settlement conference in this matter.

We have conferred with Defendants' counsel, who does not object to adjournment, and we look forward to scheduling this conference for another date in February.

Respectfully Submitted,

*/s/ Zubin Soleimany*
ZUBIN SOLEIMANY, Esq.
New York Taxi Workers Alliance
31-10 37th Ave. Ste. 300
Long Island City, NY 11101
Telephone: 718-706-9892


cc: Counsel of Record (via CM/ECF)