

March 15, 2022

**By CM-ECF**
Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Islam et al. v. Hochul et al.,* 20-CV-2328(LDH)(CLP)

Dear Judge Pollak:

      We write on behalf of all parties to request that the conference now scheduled for March 30, 2022 at 10:15 be adjourned as plaintiffs' counsel is not available on that date. The parties have conferred twice since the last status conference and made slow and encouraging progress towards settlement. We now feel that the Court's involvement could greatly assist in advancing a compromise. Therefore, we request that the next conference be held in-person or alternatively by video-call scheduled for a sufficient period of time that would allow for a substantive settlement conference involving break-out sessions in order to bring the parties closer to settlement. The parties are available any time from April 11-14, 2022 for this purpose. Thank you for your consideration.

Sincerely,

*Nicole Salk*

Nicole Salk
Workers' Rights and Benefits Unit
Brooklyn Legal Services
105 Court Street
Brooklyn, N.Y. 11201
(718) 237-5544
NSalk@lsnyc.org

cc: Counsel of Record (via CM/ECF)

Brooklyn Legal Services | 29 Albany Avenue, 2nd Floor, Brooklyn, NY 11216
Phone: 718-237-5500 | www.LegalServicesNYC.org
**Hon. Betty Staton**, President | **Tanya Wong**, Project Director
**Deborah Howard**, Board Chair

